## LIFETIME PRODUCTS, INC., Plaintiff–Appellant,

v.

## IGLOO PRODUCTS CORPORATION, Defendant,

and

**The Hon Company, Defendant,**

and

**Correll, Inc., Defendant–Appellee.**

### No. 02-1591.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 14, 2003.

712

Before MAYER, Chief Judge, MICHEL and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.